[No. 8398-8-I. Division One. July 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN BRADLEY GOWENS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10256, Marshall Forrest, J., entered January 10, 1980. *Affirmed in part* and *reversed in part* by

unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Swanson, J.